UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHASE PAGNANI,

*Plaintiff,*

-against-

LEXISNEXIS RISK SOLUTIONS, INC.,

*Defendant.*

**COMPLAINT AND DEMAND FOR JURY TRIAL**

By and through the undersigned counsel, Plaintiff Chase Pagnani ("Plaintiff"), with knowledge as to Plaintiff's own acts and investigation of counsel as to the acts of others, and believing that further investigation and discovery will confirm that the allegations recited herein have substantial evidentiary support, states as follows:

## Introduction

1. Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), Plaintiff brings this action against LexisNexis Risk Solutions, Inc. ("LexisNexis" or the "CRA Defendant") to recover actual, statutory, and punitive damages. In addition, Plaintiff is entitled to an award of costs and attorney's fees in this statutory fee-shifting action.

## Jurisdiction and Venue

2. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2).
4. A substantial portion of the harm Defendant caused Plaintiff due to its FCRA violations was suffered by Plaintiff in this District.

## The Parties

5. Plaintiff is an individual and "consumer" within the meaning of the FCRA. Plaintiff resides in Williston Park, NY.

6. Defendant LexisNexis is a foreign entity that conducts business in the State of New York, and is a "consumer reporting agency" within the meaning of the FCRA.

## Plaintiff's Claims Against Defendant Pursuant to the Fair Credit Reporting Act

7. Plaintiff is a victim of a mixed file.[1]

8. Defendant LexisNexis combined Plaintiff's information with that of one or more other consumers (hereinafter "Mixed Information").

9. The Mixed Information includes multiple insurance claims, at least one of which – upon information and belief -- belongs to Plaintiff's brother.

10. LexisNexis published the Mixed Information to Progressive. This publication defamed Plaintiff, thereby:

    a. Giving Progressive the false impression that Plaintiff was a poor insurance risk.

    b. Impugning Plaintiff's reputation and character.

    c. Causing Plaintiff to suffer substantial emotional distress as described herein.

    d. Upon information and belief, Plaintiff paid higher automobile insurance premiums to Progressive because Defendant's inaccurate reporting adversely affected his profile, incurring financial harm.

## ***Damages***

11. At all times pertinent hereto, the conduct of Defendant LexisNexis and its agents was

---

[1] A mixed file refers to a situation in which one or more consumer reporting agencies mix or merge the information of more than one consumer into a single consumer file.

malicious, intentional, willful, reckless, and in wanton disregard for the rights of Plaintiff pursuant to the FCRA.

12. In the alternative, the conduct of LexisNexis and its agents was in negligent disregard of the rights of Plaintiff pursuant to the FCRA.

13. LexisNexis, as a direct and proximate result of its unlawful actions, conduct, and omissions, published inaccurate information about Plaintiff to third parties.

14. LexisNexis' publication of inaccurate information about Plaintiff caused Plaintiff to suffer damages cognizable pursuant to the FCRA, including but not necessarily limited to the following:

    a. Plaintiff suffered substantial emotional distress. That emotional distress includes ongoing stress and anxiety. Plaintiff's emotional distress has manifested itself through headaches, difficulty sleeping, frustration, humiliation, depression, and instances of crying.

    b. Plaintiff was defamed by Defendant LexisNexis, which published false information about Plaintiff that damaged Plaintiff's reputation. Such defamation further contributed to, among other things, Plaintiff's ongoing emotional distress.

15. The damages Plaintiff suffered are cognizable actual damages under the Fair Credit Reporting Act.

16. Because of Defendant's willful violations of the fair credit laws, Plaintiff is entitled to an award of actual damages (or statutory damages), such punitive damages as the Court may allow, and Plaintiff's costs and reasonable attorney's fees.[2]

---

[2] Even if a jury finds that a Defendant's unlawful conduct was merely negligent, Plaintiff would still be entitled to an award of actual damages, costs, and reasonable attorney's fees in this fee-shifting action.

**Cause of Action**
**Violations of the FCRA by LexisNexis Risk Solutions, Inc.**
**(Consumer Reporting Agency)**

17. Defendant LexisNexis violated FCRA § 1681e(b) by preparing and publishing one or more inaccurate consumer reports about Plaintiff to third parties because LexisNexis did not follow reasonable procedures to assure maximum possible accuracy of information it reported about Plaintiff. Those consumer reports, upon information and belief, contained inaccurate information about Plaintiff, including but not necessarily limited to the Mixed Information.

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages and equitable relief against Defendant:

1. Awarding against Defendant actual damages, statutory damages, punitive damages, costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and § 1681o.
2. A correction of any inaccurate consumer reporting.
3. Such other and further relief as may be necessary, just, and proper.

**Demand For Jury Trial**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury as to all issues so triable.

*/s/ Servando Martinez*
Servando Martinez
**Sherman & Ticchio PLLC**
servando@st-legal.com
120 N. Main Street, Suite 302(b)
New City, NY 10956
212.324.3874